FILED'08 MAY 07 10:45USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SHANNON L. WELDAY,

        Plaintiff,

        Civil No. 07-28-KI

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        ORDER

        Defendant.

Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $7,497 and $350 in costs, for a total of $7847.00, are awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412.

DATED this 7th day of May, 2008.

*[signature]*
UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Phyllis Burke
PHYLLIS BURKE, OSB #814597
(503) 460-3200
Attorney for Plaintiff Welday

ORDER